CHRISTINA H. WANG, ESQ.
Nevada Bar No. 9713
FIDELITY NATIONAL LAW GROUP
2450 St. Rose Parkway, Ste. 100
Henderson, Nevada 89074
Tel: (702) 667-3000
Fax: (702) 697-2020
Email: christina.wang@fnf.com
*Attorneys for Defendant*
*Fidelity National Title Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHERN TERRACE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Defendants<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP; FIDELITY NATIONAL TITLE INSURANCE COMPANY; CHRISTINA MCINTIRE, an individual; and JAMES CHRISTENSEN, an individual,<br><br>Counter/Cross Defendants. | Case No.: 2:16-cv-00263-RFB-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FIDELITY NATIONAL TITLE INSURANCE COMPANY TO FILE RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S CROSS-CLAIM**<br><br>(First Request) |

### STIPULATION AND ORDER TO EXTEND TIME FOR FIDELITY NATIONAL TITLE INSURANCE COMPANY TO FILE RESPONSE TO SFR INVESTMENTS POOL 1, LLC'S CROSS-CLAIM

Plaintiff/Counter-Defendant BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP, by and through its attorney of record, William S. Habdas, Esq. of Akerman, LLP; Defendant NORTHERN TERRACE HOMEOWNERS ASSOCIATION, by and through its attorney of record, Siria L. Gutiérrez, Esq. of Lipson, Neilson, Cole, Seltzer & Garin, P.C.; Defendant/Counter-Claimant/Cross-Claimant SFR INVESTMENTS POOL 1, LLC ("SFR"), by and through its attorney of record, Jacqueline A. Gilbert, Esq. of Kim Gilbert Ebron; and Cross-Defendant FIDELITY NATIONAL TITLE INSURANCE COMPANY ("FNTIC"), by and through its attorney of record, Christina H. Wang, Esq. of Fidelity National Law Group, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that the deadline for FNTIC to respond to SFR's Cross-Claim shall be extended to **May 30, 2016**. FNTIC's response was originally due on May 16, 2016. However, because counsel for FNTIC has just been retained in this matter, the parties have entered into this agreement in good faith, not for purposes of delay, and to enable counsel for FNTIC to familiarize herself with the matter and to adequately respond to SFR's Cross-Claim.

| | |
|---|---|
| DATED this 12th day of May, 2016. | DATED this 12th day of May, 2016. |
| AKERMAN, LLP | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| */s/ William Shane Habdas* | */s/ Siri L. Gutierrez* |
| Ariel E. Stern, Esq. | Joseph P. Garin, Esq. |
| Nevada Bar No. 8276 | Nevada Bar No. 6653 |
| William Shane Habdas, Esq. | Kaleb D. Anderson, Esq. |
| Nevada Bar No. 13138 | Nevada Bar No. 7582 |
| 1160 Town Center Drive, Suite 330 | Siria L. Gutierrez, Esq. |
| Las Vegas, Nevada 89114 | Nevada Bar No. 7582 |
| *Attorneys for Bank of America, N.A.* | 9900 Covington Cross Drive, Suite 120 |
| | Las Vegas, Nevada 89144 |
| | *Attorneys for Northern Terrace Homeowners Association* |

Fidelity National Law Group
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
(702) 667-3000

| | |
|---|---|
| DATED this 12th day of May, 2016. | DATED this 12th day of May, 2016. |
| KIM GILBERT EBRON | FIDELITY NATIONAL LAW GROUP |
| /s/ Jacqueline A. Gilbert<br>Diana Cline Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Attorneys for SFR Investments Pool 1, LLC | /s/ Christina H. Wang<br>Christina H. Wang, Esq.<br>Nevada Bar No. 9713<br>2450 St. Rose Parkway, Suite 100<br>Henderson, Nevada 89074<br>Attorneys for Fidelity National Title Insurance Company |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2016

Fidelity National Law Group
2450 St. Rose Pkwy., Ste. 100
Henderson, Nevada 89074
(702) 667-3000