George F. Ogilvie III (NV Bar #3552)
Jason Sifers (NV Bar #14273)
MCDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
gogilvie@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Terra West Collections Group, LLC
d/b/a Assessment Management Services*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN TERRACE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES,<br><br>Defendants. | CASE NO. 2:16-cv-00263-RFB-CWH<br><br>**MOTION TO SUBSTITUTE COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>v.<br><br>BANK OF AMERICA, N.A. SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP; FIDELITY NATIONAL TITLE INSURANCE COMPANY; CHRISTINA MCINTIRE, an individual; and JAMES MCINTIRE, an individual,<br><br>Counter /Cross Defendants. | |

| | |
|---|---|
| 1 | Defendant, Terra West Collections Group, LLC d/b/a Assessment Management Services, hereby moves to substitute McDonald Carano LLP, located at 2300 West Sahara Avenue, Suite 1200, Las Vegas, Nevada 89102, (702) 873-4100, as attorneys of record in the above-entitled action, in the place and stead of Aviva Y. Gordon, Esq. |

DATED this 16th day of November, 2018.

TERRA WEST COLLECTIONS GROUP, LLC
D/B/A ASSESSMENT MANAGEMENT
SERVICES

By: *[signature]*
Name: DEBORAH E. OGILVIE
Title: MANAGER

Aviva Y. Gordon, Esq. hereby substitutes in her place and stead the law firm of McDonald Carano LLP as attorneys for Terra West Collections Group, LLC d/b/a Assessment Management Services, defendant in the above-captioned action, for all purposes in the above-captioned matter.

DATED this 16th day of November, 2018.

GORDON LAW

By: *[signature]*
Aviva Y. Gordon (NV Bar #5333)
Nevada Bar No. 5333
6655 South Cimarron Road
Suite 200
Las Vegas, NV 89113

///
///
///
///
///
///
///

2

McDonald Carano LLP hereby accepts substitution as attorneys for Terra West Collections Group, LLC d/b/a Assessment Management Services, defendant in the above-captioned action, for all purposes in the above-captioned action, in the place and stead of Aviva Y. Gordon, Esq.

DATED this 16 day of November, 2018.

McDONALD CARANO LLP

By: /s/
George F. Ogilvie III (NV Bar #3552)
Jason Sifers (NV Bar #14273)
MCDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Facsimile: 702.873.9966
gogilvie@mcdonaldcarano.com
jsifers@mcdonaldcarano.com

*Attorneys for Terra West Collections Group, LLC d/b/a Assessment Management Services*

**ORDER**

**IT IS SO ORDERED**.

Dated: November 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE

4844-0697-4330, v. 1

3