ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff and counter-defendant*
*Bank of America, N.A., successor by merger to*
*BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP; | Case No.: 2:16-cv-00263-RFB-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND BANA'S DEADLINE TO REPLY SUPPORTING ITS MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 65]** |
| vs. | |
| NORTHERN TERRACE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; AND TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES, | **FIRST REQUEST** |
| Defendants. | |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant, | |
| vs. | |
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING LP; FIDELITY NATIONAL TITLE INSURANCE COMPANY; CHRISTINA MCINTIRE, an individual; and JAMES MCINTIRE, an individual, | |
| Counter/Cross Defendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

48845034;1

1

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP, f/k/a Countrywide Home Loans Servicing LP (**BANA**), defendant Northern Terrace Homeowners Association, defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC, and defendant Terra West Collection Group, LLC d/b/a Assessment Management Services[1] submit the following stipulation to extend BANA's deadline to reply supporting its motion for partial summary judgment, ECF No. 65:

BANA filed its motion for partial summary judgment on April 10, 2019. (ECF No. 65.) Northern Terrace and SFR filed their oppositions on May 1, 2019. (ECF Nos. 68, 69.) Terra West joined Northern Terrace's opposition on May 3, 2019. (ECF No. 71.) BANA's reply deadline is May 15, 2019. *See* L.R. 7-2.

Northern Terrace, SFR and Terra West filed summary judgment motions of their own on May 8, 2019. (ECF Nos. 72, 73 and 76.) Terra West also filed a motion for judgment on the pleadings on May 8, 2019. (ECF No. 75.) BANA's deadline to oppose the summary judgment motions is May 29, 2019. *See* L.R. 7-2.

To allow BANA additional time to prepare its reply briefing, and to potentially streamline its briefing, BANA, Northern Terrace, SFR and Terra West stipulate to extending BANA's deadline to reply supporting its motion for summary judgment, ECF No. 65, by fourteen days, to **May 29, 2019**.

///
///
///
///
///
///
///
///
///

[1] The clerk entered judgment in SFR's favor on its cross-claim against Fidelity National Title Insurance Company pursuant to an accepted offer of judgment on June 23, 2016. (ECF No. 37.)

This is BANA's first extension request and is not made to cause delay or prejudice to any party.

DATED May 14, 2019.

**AKERMAN LLP**

 */s/ Donna M. Wittig, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar. No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

**LIPSON NEILSON P.C.**

 */s/ Amber M. Williams, Esq.*
JOSEPH P GARIN, ESQ.
Nevada Bar No. 6653
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Northern Terrace Homeowners Association*

**KIM GILBERT EBRON**

 */s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC*

**MCDONALD CARANO LLP**

 */s/ Jason Sifers, Esq.*
GEORGE F. OGILVIE, III , ESQ.
Nevada Bar No. 3552
JASON B. SIFERS, ESQ.
Nevada Bar No. 12473
2300 W Sahara Ave., Ste. 1200
Las Vegas, Nevada 89102

*Attorneys for defendant Terra West Collections Group d/b/a Assessment Management Services*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  15th day of May, 2019.

3